# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Karen Patrice Haensel

Debtor(s)

Case No.: 11-23359
Chapter: 13

Judge Bruce W. Black

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE ON FINAL CURE FILED ON 07/02/2014 FOR CLAIM #2

TO: Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Karen Patrice Haensel, Debtor(s), 11 Wildwood Lane H, Bolingbrook, IL 60440
Briana Czajka, Attorney for Debtor(s), 55 E Monroe Street, Suite 3400, Chicago, IL 60603 by electronic notice through ECF

Now comes the Movant, OCWEN LOAN SERVICING, LLC, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Response to Notice of Final Cure filed on 07/02/2014 on behalf of OCWEN LOAN SERVICING, LLC, as it was filed in error.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on  July 14, 2014 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  July 14, 2014.

/s/ Maria Georgopoulos
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-12453)**
NOTE: This law firm is deemed to be a debt collector.